FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2013

No. 04-12-00493-CR

Adam **AGUIRRE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 371st District Court, Tarrant County, Texas
Trial Court No. 1259423D
The Honorable Phillip Vick, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED. Time is extended to July 5, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court